1  McGREGOR W. SCOTT
   United States Attorney
2  PAUL HEMESATH
   GRANT B. RABENN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2751
5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                  EASTERN DISTRICT OF CALIFORNIA

9
   In the matter of the criminal complaint    )    Case No. 2:19-MJ-227 DB
10 against:                                    )
                                               )
11 QUYNHMY QUOC YAMAMOTO                        )    [PROPOSED] ORDER TO FILE REDACTED
                                               )    COPY OF INDICTMENT
12                                             )
                                               )
13                                             )
                                               )
14                                             )
                                               )
15 _____         )

16

17        The government's motion to unseal the above-referenced case, keep the unredacted

18 complaint and affidavit sealed, and file a redacted copy of the sealed complaint is GRANTED.

19
          IT IS SO ORDERED.
20

21 DATED: _12-19-19_

22                                             _____
                                               DEBOARAH BARNES
23                                             United States Magistrate Judge

24

25

26

27                                             1

28