**FILED**

December 20, 2019

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,         )
                                )
v.                              )
                                )
QUYNHMY QUOC YAMAMOTO,           )
                                )
              Defendant.         )
_____)

Case No. 2:19-MJ-00227-DB

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release QUYNHMY QUOC YAMAMOTO, Case No.

2:19-MJ-00227-DB, Charge 21 USC §§ 846, 841(a)(1) , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ 50,000 (co-signed) _____

        ✔    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        ✔    (Other)        With Pretrial Release Supervision and Conditions of

                Release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 20, 2019  at   3:10    pm..

By    /s/ Deborah Barnes
      _____
      Deborah Barnes
      United States Magistrate Judge